UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                          )          BK No.:    19-28840
NATHANIEL S. NESBIT,                            )
                                                )          Chapter:  13
                                                )          Honorable Jack Schmetterer
                                                )
                                                )
                                                )
            Debtor(s)                           )

## ORDER ALLOWING DEBTOR TO INCUR DEBT AND SHORTEN NOTICE

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due notice having been given to the parties entitled thereto:

It is ORDERED:

1)  The Debtor is granted leave to have his Motion to Incur Debt heard on shortened notice.

2)  The Debtor is granted leave to obtain financing for a vehicle in the amount of up to $20,200.00, with financing of up to 18.75% interest and with monthly payments of up to $469.00 for a 2019 Kia Optima or similar vehicle.

3)  No objection to the motion having been lodged within the time required by Amended General Order No. 20-03, any potential objections have been waived, and the motion is therefore granted.

Enter:  *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  June 30, 2021

**Prepared by:**

Jeffrey A. Soufal, ARDC# 6227155
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100